United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 9, 2004**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

———————————

No. 04-60450

———————————

VERANDA BEACH, LLC,                                                    Plaintiff-Appellant,

versus

RLI INSURANCE COMPANY,                                          Defendant-Appellee.

———————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
(1:02-CV-110-Ro)

———————————————————————

Before GARZA, STEWART and CLEMENT, Circuit Judges.

PER CURIAM:*

        AFFIRMED.  See 5TH CIR. R. 47.6.

_____

        *Pursuant to 5TH CIR.R.47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR.R.47.5.4.